

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

*SONYA GIDUMAL CHAZIN*
*Senior Counsel*
Labor & Employment Law Division
(212) 356-0890
schazin@law.nyc.gov

March 20, 2023

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
United States District Court Southern District of New York
40 Foley Square
New York, New York 10007

      Re:  Enock Nyamoti v. Mt. Sinai Hospital
      Docket No.: 21-CV-07926 (VEC)
      Our No: 2021- 005749

Dear Judge Caproni:

      I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorneys for Defendant Icahn School of Medicine at Mt. Sinai ("Mt. Sinai"), sued herein as the Mount Sinai Hospital, in the above-captioned proceeding. In accordance with the Court's March 15, 2023 Order, defendant encloses a new signed settlement agreement.

      Thank you attention to this matter and please do not hesitate to contact the undersigned with any concerns.

      Respectfully Submitted,

      */s/ SGChazin*

      Sonya Gidumal Chazin
      Assistant Corporation Counsel

cc:    Plaintiff, Enock Nyamoti via ECF and email